UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANI AMANUEL,<br>KENNY FETIERE, and<br>KIBRET MELES,<br><br>Defendants. | **SEALED INDICTMENT**<br><br>26 Cr. 428 |

**COUNT ONE**
**(Kidnapping Conspiracy)**

The Grand Jury charges:

1. From at least on or about June 11, 2026, through at least on or about June 12, 2026, in the Southern District of New York and elsewhere, DANI AMANUEL, KENNY FETIERE, and KIBRET MELES, the defendants, and others known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to kidnap an individual (the "Victim"), in violation of Title 18, United States Code, Section 1201(a)(1).

2. It was a part and an object of the conspiracy that DANI AMANUEL, KENNY FETIERE, and KIBRET MELES, the defendants, and others known and unknown, would and did knowingly and unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away, and hold for ransom and reward and otherwise the Victim, and the Victim would be and was willfully transported in interstate and foreign commerce, and AMANUEL, FETIERE, and MELES would and did travel in interstate and foreign commerce and use the mail and a means, facility, and instrumentality of interstate and foreign commerce in committing and in furtherance of committing the offense, in violation of Title 18, United States Code, Section 1201(a)(1), to wit, AMANUEL, FETIERE, and MELES, and others known and known, lured the Victim into a car in New York,

New York, where they restrained the Victim, assaulted the Victim, including by striking the Victim with their hands and a sharp object, demanded the Victim's Rolex watch, iPhone, and iPhone password, and transported the Victim through the Lincoln Tunnel, before abandoning the Victim in West Orange, New Jersey.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about June 12, 2026, DANI AMANUEL, KENNY FETIERE, and KIBRET MELES, the defendants, lured the Victim from outside of a club in New York, New York into a car that they were occupying to abduct the Victim.

b. On or about June 12, 2026, AMANUEL, FETIERE, and MELES worked together to restrain the Victim inside a moving vehicle while transporting the Victim to New Jersey.

c. On or about June 12, 2026, AMANUEL, FETIERE, and MELES assaulted the Victim, whom they had confined in a moving vehicle, striking the Victim with their hands and a sharp object.

d. On or about June 12, 2026, AMANUEL, FETIERE, and MELES transported the Victim in a car from New York, New York, through the Lincoln Tunnel, and to, among other locations, West Orange, New Jersey where they abandoned the Victim.

(Title 18, United States Code, Section 1201(c).)

**COUNT TWO**
**(Kidnapping)**

The Grand Jury further charges:

4. On or about June 12, 2026, in the Southern District of New York and elsewhere, DANI AMANUEL, KENNY FETIERE, and KIBRET MELES, the defendants, and others known and unknown, knowingly and unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away and held for ransom and reward and otherwise a person, *i.e.*, the Victim, and the Victim was willfully transported in interstate and foreign commerce, and AMANUEL, FETIERE, and MELES traveled in interstate and foreign commerce and used the mail and a means, facility, and instrumentality of interstate and foreign commerce in committing and in furtherance of committing the offense, and aided and abetted the same, to wit, AMANUEL, FETIERE, and MELES, and others known and known, lured the Victim into a car in New York, New York, where they restrained the Victim, assaulted the Victim, including by striking the Victim with their hands and a sharp object, demanded the Victim's Rolex watch, iPhone, and iPhone password, and transported the Victim through the Lincoln Tunnel, abandoning the Victim in West Orange, New Jersey.

(Title 18, United States Code, Sections 1201(a)(1) and 2.)

**FORFEITURE ALLEGATION**

5. As a result of committing the offenses alleged in Counts One and Two of this Indictment, DANI AMANUEL, KENNY FETIERE, and KIBRET MELES, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any and all property, real and personal, which constitutes or is derived from proceeds traceable to said offenses, including but not limited to a

sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

**Substitute Assets Provision**

6. If any of the above-described forfeitable property, as a result of any act or omission of DANI AMANUEL, KENNY FETIERE, and KIBRET MELES, the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

[redacted]
FOREPERSON
9-16-26

James M. McDonald
JAMES M. MCDONALD
United States Attorney